UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**CYNTHIA KAY THOMPSON**

DEBTOR(S)

**BANKRUPTCY NO.
08-12091
SECTION "B"
CHAPTER 13**

## ORDER OF DISMISSAL

This matter was scheduled to come before the Honorable Jerry A. Brown on October 15, 2008 as a hearing on the motion of S.J. Beaulieu, Jr., Chapter 13 Trustee, to dismiss case *for failure to file plan timely* **(P-13)**

Proper notice having been given and no plan having been filed,

**IT IS ORDERED** that the motion is **GRANTED** and the case is **DISMISSED.**

**IT IS FURTHER ORDERED** that the stay resulting from the filing of the voluntary petition is **SET ASIDE AND VACATED.**

New Orleans, Louisiana, October 16, 2008.

*J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE